**Order filed, July 22, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00365-CR

_____

**ALVIS JACKSON, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 16-0850-K26**

---

## ORDER

The reporter's record in this case was due **July 5, 2019**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Cindy Kocher and Aimee Walker**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM